

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

# O R D E R

On June 16, 2014, pro se appellant Kyle Miller, who is indigent, filed a letter which we construe as a motion for a free reporter's record. *See* Tex. R. App. P. 20.2.

Appellant's motion for a free reporter's record is GRANTED. We ORDER the trial court clerk to (1) provide Appellant with a printed copy of the appellate record, at no cost to Appellant, and (2) provide this court with written confirmation that it has complied with this order within TEN DAYS of the date of this order. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

Appellant's brief will be due THIRTY DAYS after we receive written confirmation that the trial court clerk has provided Appellant with a printed copy of the reporter's record. *See* Tex. R. App. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court